IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **BRUCE HAMPTON FERGUSON,** | : | |
| | : | |
| Petitioner, | : | Criminal Action No.: |
| | : | 5:04-cr-62 (CAR) |
| vs. | : | |
| | : | Civil Action No.: |
| **UNITED STATES OF AMERICA,** | : | 5:05-cv-379 (CAR) |
| | : | |
| Respondent. | : | |

## *ORDER ON THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE*

Before the Court is the United States Magistrate Judge's Recommendation (Doc. 44) that Petitioner's Motion to Vacate, Set Aside, or Correct his Sentence Pursuant to 28 U.S.C. § 2255 be denied. No objections to the Recommendation were filed. Having considered the parties' briefs and the United States Magistrate Judge's Report and Recommendation, the Court agrees with the Recommendation. Accordingly, the Recommendation that Petitioner's Motion to Vacate, Set Aside, or Correct his Sentence Pursuant to 28 U.S.C. § 2255 be DENIED is hereby **ADOPTED** and **MADE THE ORDER OF THE COURT**.

**SO ORDERED**, this 8th day of January, 2007.

**S/ C. Ashley Royal**
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

JAB/aeg