IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **BRUCE HAMPTON FERGUSON,** | : | |
| | : | |
| Petitioner, | : | **Criminal Action No.:** |
| | : | **5:04-cr-62 (CAR)** |
| vs. | : | |
| | : | **Civil Action No.:** |
| **UNITED STATES OF AMERICA,** | : | **5:05-cv-379 (CAR)** |
| | : | |
| Respondent. | : | |

## *ORDER ON PLAINTIFF'S "OBJECTION" TO*
## *REPORT AND RECOMMENDATION*

On December 5, 2006, the United States Magistrate Judge filed a Report and Recommendation (doc. 44), recommending that this Court deny Petitioner's Motion to Vacate, Set Aside, or Correct his Sentence Pursuant to 28 U.S.C. § 2255. The Magistrate Judge allowed the parties ten days within which to file their objections to his Recommendation. Neither party filed an objection within the allotted time period. On January 9, 2007, this Court entered an Order (doc. 45) adopting the Report and Recommendation, and denying Petitioner's § 2255 motion. On January 22, 2007, Petitioner filed a document (doc. 47) claiming his objections to the Recommendation were not timely filed because he mailed them to the wrong address. On February 21, 2007, Petitioner finally filed his "Objection's [sic] To Magistrate Report and Recommendation" (doc. 48).

The Court notes that Petitioner's objections were not filed until <u>two months</u> after the original deadline, and Petitioner offers no valid excuse for this two-month delay. Accordingly, the Court's Order of January 9, 2007, adopting the Magistrate Judge's Report and Recommendation, stands.

**SO ORDERED**, this 23rd day of March, 2007.

/s/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

JAB/aeg