GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

## MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No.   5:04-CR-00062-001 (TES) |
| **BRUCE HAMPTON FERGUSON** | |

On October 13, 2004, Ferguson was sentenced to 225 months of imprisonment followed by five years on supervised release for the offense of Possession of a Firearm by a Convicted Felon in violation of 18 U.S.C. §922(g)(1) and §924(e). On November 19, 2021, the term of supervision commenced and is scheduled to expire on November 18, 2026.

Bruce Ferguson has complied with the rules and regulations of supervised release, has met the criteria for early termination as outlined in the Monograph 109 as approved by the Administrative Office of the United States Courts, and is no longer in need of supervision. It is accordingly recommended that Ferguson be discharged from supervision.

Respectfully submitted,

*Amanda G. Reed*

Amanda G. Reed
Re-Entry Specialist

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this _____ **15** _____ day of _____ **June** _____, 2026.

TILMAN E. SELF, III
U.S. DISTRICT JUDGE